IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MAY 26 2026

FILED

| | | |
|---|---|---|
| ERUNTA KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-012 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; ANTOINE CALDWELL; | ) | |
| EDGINALD GIBBONS; TRENDOWSKI | ) | |
| SCOTT; DANIEL GREENE; JOHN DOE | ) | |
| #1; and JOHNSON COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Defendants Georgia Department of Corrections, Caldwell, Gibbons, Scott, and Greene's motion for judgment on the pleadings as to all claims against those Defendants. (Doc. no. 4.) The Court also **DISMISSES** Defendants Jone Doe #1 and Johnson County, and all claims against them. The Court further **DISMISSES** any potential state law claims without prejudice. Accordingly, the Court **DISMISSES** this case, **DIRECTS** the Clerk to enter an appropriate judgment of dismissal, and **CLOSES** this civil action.

SO ORDERED this _26th_ day of May, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE